UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER MICHAEL CHACKEY,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendant. | Civil No. 6:20-cv-00959-SB<br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Plaintiff's Motion is hereby granted in the sum of $17,133.50, reduced by $7,676.67 in Equal Access to Justice Act ("EAJA") fees, for a net of $9,456.83 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. § 406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to his office at 401 E. 10th Ave., Eugene, OR 97401, consistent with this order. There are no other costs.

DATED this 29th day of June, 2023.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge